# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHRAF IBRAHIM, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No.: 1:19-cv-04916-KAM-JO<br><br>**NOTICE OF APPEARANCE OF WILLIAM A. DELGADO ON BEHALF OF DEFENDANT AMERICAN HONDA MOTOR CO., INC.** |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT William A. Delgado, Esq. of DTO Law hereby enters his appearance as counsel of record on behalf of Defendant American Honda Motor Co., Inc. ("Honda") in the above-entitled action. Honda requests that all future pleadings, notices, and other papers in this cause be henceforth transmitted to the undersigned at the following:

William A. Delgado
wdelgado@dtolaw.com
DTO LAW
700 S. Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

1

Dated: October 28, 2019            Respectfully submitted,


                                   By:  /s/William A. Delgado_____
                                         William A. Delgado (Bar No. 930351)
                                         **DTO LAW**
                                         700 S. Flower Street, Suite 1000
                                         Los Angeles, California 90017
                                         Telephone: (213) 335-6999
                                         Facsimile: (213) 335-7802
                                         Email: wdelgado@dtolaw.com

                                         *Attorneys for Defendant*
                                         *AMERICAN HONDA MOTOR*
                                         *CO., INC.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: October 28, 2019        DTO LAW

                              By: _/s/William A. Delgado_____
                                    William A. Delgado
                                    Attorneys for Defendant
                                    AMERICAN HONDA MOTOR
                                    CO., INC.