# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHRAF IBRAHIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 1:19-CV-04916-KAM-JO<br><br>**DEFENDANT AMERICAN HONDA MOTOR CO.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Declaration of Joshua Matthews, Declaration of Justin T. Goodwin, and exhibits thereto, Defendant American Honda Motor Co., Inc. will move this Court, before the Honorable Kiyo A. Matsumoto, United States District Judge, at a date and time set by the Court, for an Order dismissing the Second Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  January 24, 2020

Respectfully submitted,

By: /s/Justin T. Goodwin
         Justin T. Goodwin

William A. Delgado
Justin T. Goodwin
DTO Law
700 S. Flower Street, Suite 1000
Los Angeles, CA  90017
Tel.: (213) 335-6999
Fax: (213) 335-7802
Email: wdelgado@dtolaw.com
Email: jgoodwin@dtolaw.com

138393.1