# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHRAF IBRAHIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 1:19-cv-04916-KAM-JO<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ashraf Ibrahim herein dismisses the above captioned action with prejudice, with each party to bear its own costs and attorneys' fees, and waiving any right of appeal.

Dated: August 18, 2020

Respectfully submitted,

By: */s/ Philip L. Fraietta*
 Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
Alec M. Leslie
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com
 aleslie@bursor.com

*Attorneys for Plaintiff*